# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RICKY GSCHWEND**                                                                             **PLAINTIFF**

**v.**                      **CASE NO. 2:18-CV-00166-JTK**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 1st day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE